LAW OFFICES<br>
MCCALLA RAYMER LEIBERT PIERCE, LLP<br>
BANKRUPTCY DEPARTMENT<br>
110 S.E. 6th Street, Suite 2400<br>
Ft. Lauderdale, FL 33301<br>
TELEPHONE: 770-643-7200<br>
TELEFAX: 866-761-0279<br>
1-800-275-7171

February 6, 2025

Clerk, United States Bankruptcy Court
Flagler Waterview Building
1515 North Flagler Drive
West Palm Beach, FL 33401

**REQUEST FOR SERVICE OF NOTICES**

RE:

| | |
|---|---|
| Debtor | Dorothy Marjorie Checa |
| Case Number | 25-10654 |
| Chapter | 13 |
| Secured Creditor | THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2005-16, MORTGAGE PASS THROUGH CERTIFICATES, SERIES 2005-16 |
| Loan Number | XXXXXX4877 |
| Property Address | 4226 Tranquility Drive, Highland Beach, FL 33487 |

Dear Sir / Madam:

Would you be so kind as to add the following interested party to the mailing / service list in the above referenced case:

THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2005-16, MORTGAGE PASS THROUGH CERTIFICATES, SERIES 2005-16
c/o MCCALLA RAYMER LEIBERT PIERCE, LLP
Bankruptcy Department
110 S.E. 6th Street, Suite 2400
Ft. Lauderdale, FL 33301

Please provide us with a copy of each notice of any proceeding, hearing and/or report in this matter including, but not limited to notices required by Bankruptcy Rules 2002(g) and the Local Rules of the Bankruptcy Court.

We appreciate your courtesy in this matter. If you have any questions, please do not hesitate to call me.

Very Truly Yours,

*/s/ Reka Beane*
c/o MCCALLA RAYMER LEIBERT PIERCE, LLP
110 S.E. 6th Street, Suite 2400
Ft. Lauderdale, FL 33301
Phone: 954-332-9370
Email: Reka.Beane@mccalla.com
Attorney Bar No: 52919

NOA